IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

UNITED STATES OF AMERICA

VS 24-CR-133

AKBER JESANI

**DEFENDANT'S UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE**

Akber Jesani, through counsel George D. Murphy, Jr. and with the agreement of the Government and Mr. Jesani's supervising probation officer, moves the Court to amend his conditions of his release to allow him to travel to San Antonio, Texas for work related purposes. In support, Mr. Jesani presents the following:

I.

On March 20, 2024, Mr. Jesani was charged by information with conspiracy to commit wire fraud and conspiracy to commit money laundering. The same day, Mr. Jesani was released on a personal recognizance bond, one condition of which is that his travel is restricted to Harris and surrounding counties.

On September 26, 2024, Mr. Jesani pled guilty to the two-count information. He is set to be sentenced on September 23, 2026.

Mr. Jesani works as a manager of gas stations/convenience stores. The company he works for has locations in San Antonio, Texas in addition to locations in Houston, Texas. It has become

necessary for Mr. Jesani to travel to San Antonio to manage the locations there. Mr. Jesani will travel by car to/from San Antonio.

II.

Ms. Casey MacDonald, the Assistant United States Attorney handling Mr. Jesani's case, and Ms. Flor Troiani, Mr. Jesani's supervising probation officer, are unopposed to this motion.

Respectfully submitted,

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.
Texas State Bar No. 14697990
700 Louisiana, Suite 2350
Houston, Texas 77002
(713) 658-1960
george@georgemurphylawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of July, 2026, I electronically filed the foregoing Unopposed Motion to Amend Conditions of Release with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Casey MacDonald
Assistant United States Attorney

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

UNITED STATES OF AMERICA

VS 24-CR-133

AKBER JESANI

**ORDER**

The Defendant's Unopposed Motion to Amend Conditions of Release is GRANTED. The Defendant's conditions of release are amended to allow the Defendant to travel to San Antonio, Texas for work related purposes.

____________________________________

Honorable Andrew Hanen